I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Plaintiff
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED:      6·3·13

DEPUTY CLERK

**JS-6 / ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. CICCARELLI,<br><br>            Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social<br>Security,<br><br>         Defendant. | Case No. CV 12-9460-DSF (JPR)<br><br>**J U D G M E N T** |

    In accordance with the Order Dismissing Action for Failure to Prosecute and Administratively Closing Case,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

        6/3/13

DATED: _____

_____
DALE S. FISCHER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY