I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY ~~Plaintiff~~
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ *Plaintiff*
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: **6·3·13**

DEPUTY CLERK

**JS-6 / ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAMES C. CICCARELLI,

               Plaintiff,

        vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social
Security,

             Defendant.

) Case No. CV 12-9460-DSF (JPR)
)
)
)      **J U D G M E N T**
)
)
)
)
)
)
)
)

    In accordance with the Order Dismissing Action for Failure to
Prosecute and Administratively Closing Case,

    IT IS HEREBY ADJUDGED that this action is dismissed without
prejudice.

        6/3/13

DATED: _____

DALE S. FISCHER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY